IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CRYSTAL WOLFORD,

    Plaintiff,

v.                                              CIVIL ACTION NO. 1:10cv51
                                                   Judge Irene M. Keeley

MICHAELS STORES, INC., and
LINDA MCGERVEY,

    Defendants.

## ORDER OF DISMISSAL

This Court has been advised that the above-styled civil action has been compromised and settled by the parties. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

IT IS SO ORDERED.

The Court DIRECTS the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER: November \_\_\_\_, 2010

                _____
                IRENE M. KEELEY
                UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*Jane E. Peak*                        *Maria Greco Danaher*

| | |
|---|---|
| Jane E. Peak (WV Bar # 7213) | Maria Greco Danaher (WV Bar # 10986) |
| Allan N. Karlin & Associates | Ogletree Deakins Nash Smoak & Stewart, PC |
| 174 Chancery Row | Four Gateway Center, Suite 400 |
| Morgantown, WV 26505 | 444 Liberty Ave. |
| (304) 296-8266 | Pittsburgh, PA  15222 |
| *Counsel for Plaintiff* | (412) 394-3390 |
| | *Counsel for Defendants* |